# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: CARL R. DRAKE, SR. & ELEICA R. DRAKE  
1412 7TH AVENUE  
BELVIDERE, IL 61008  

SSN-xxx-xx-2586 & xxx-xx-0657

Case Number: 06-71240

Case filed on: 7/19/2006  
Plan Confirmed on: 10/27/2006  

D Dismissed

Total funds received and disbursed pursuant to the plan: $25,950.53     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY PHILIP H HART | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CHECKBOOK LOAN DEPT. | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | CPS | 0.00 | 0.00 | 0.00 | 0.00 |
| 048 | TELECHECK RECOVERY SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 049 | TELECHECK SERVICES INC. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | KEVIN SCHNIPPEL | 2,225.00 | 2,225.00 | 2,225.00 | 0.00 |
|  | Total Priority | 2,225.00 | 2,225.00 | 2,225.00 | 0.00 |
| 999 | CARL R. DRAKE, SR. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | DRIVE FINANCIAL SERVICES | 26,634.96 | 26,634.96 | 11,257.80 | 4,588.99 |
| 002 | HSBC AUTO FINANCE (f/k/a HOUSEHOLD AUTO) | 8,500.00 | 8,500.00 | 4,664.14 | 1,070.11 |
| 042 | MARK BUTITTA | 0.00 | 0.00 | 0.00 | 0.00 |
| 043 | RENT A CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 044 | SPRINT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 35,134.96 | 35,134.96 | 15,921.94 | 5,659.10 |
| 001 | DRIVE FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | HSBC AUTO FINANCE (f/k/a HOUSEHOLD AUTO) | 2,565.79 | 128.29 | 83.37 | 0.00 |
| 003 | ALLIED COLLECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ALLIED INTERSTATE | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | AMERICASH LOANS LLC | 1,997.02 | 99.85 | 64.88 | 0.00 |
| 007 | AMERICAN CASH-N-GO | 1,669.11 | 83.46 | 54.23 | 0.00 |
| 008 | CHECK ALERT | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CHRISTIAN LIFE SCHOOL | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | COMCAST | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | COMCAST | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | COMMONWEALTH EDISON | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | CONSUMER PORTFOLIO SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | CREDIT MANAGEMENT CONTROL | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | DR. BAILEY DAVIS | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | FRANKLIN TOWNSHIP FIRE DEPT. | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | NATIONAL CAPTIAL MANAGEMENT, LLC | 1,455.27 | 72.76 | 47.28 | 0.00 |
| 019 | GLA COLLECTION COMPANY INC | 65.40 | 3.27 | 0.00 | 0.00 |
| 020 | GLOBAL PAYMENTS | 2,022.93 | 101.15 | 65.73 | 0.00 |
| 021 | GREAT LAKES SPECIALTY FINANCE, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | HELVEY ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | INDIANA MUTUAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | INDIANA MUTUAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | INDIANAPOLIS POWER & LIGHT COMPANY | 212.02 | 10.60 | 0.00 | 0.00 |
| 026 | KEVIN SCHNIPPEL | 1,786.00 | 89.30 | 58.03 | 0.00 |
| 027 | MARK BUTITTA | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | MUTUAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | NATIONAL CITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | NCO FINANCIAL SYSTEMS INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | NICOR GAS | 872.60 | 43.63 | 28.35 | 0.00 |
| 032 | PERRYVILLE SURGICAL ASSOC | 39.04 | 1.95 | 0.00 | 0.00 |
| 033 | RADIOLOGY ASSOCIATES OF INDIANAPOLIS | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | ROCKFORD CARDIOLOGY ASSOCIATES, LTD. | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | ROCKFORD HEALTH PHYSICIANS | 672.71 | 33.64 | 21.86 | 0.00 |
| 036 | SEA WEST FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | SEVENTH AVENUE | 0.00 | 0.00 | 0.00 | 0.00 |
| 038 | STATEWIDE CREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
| 039 | UNITED COMPUCREDIT COLLECTION INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 040 | KMART | 233.18 | 11.66 | 0.00 | 0.00 |
| 041 | ZIEBART | 0.00 | 0.00 | 0.00 | 0.00 |
| 045 | AT & T | 0.00 | 0.00 | 0.00 | 0.00 |

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

| | | | | | |
|---|---|---|---|---|---|
| 046 | FORUM CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
| 047 | IRENE BOSWELL | 0.00 | 0.00 | 0.00 | 0.00 |
| 050 | CREDITORS BANKRUPTCY SERVICE | 265.59 | 13.28 | 0.00 | 0.00 |
| | Total Unsecured | 13,856.66 | 692.84 | 423.73 | 0.00 |
| | Grand Total: | 51,216.62 | 38,052.80 | 18,570.67 | 5,659.10 |

Total Paid Claimant:  $24,229.77
Trustee Allowance:  $1,720.76
Percent Paid Unsecured:  61.16

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 10/30/2008        By  /s/Heather M. Fagan